IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

J.A.M. PROMOTIONS, INC.                                                                              PLAINTIFF

VS                                                                        CIVIL ACTION NO. 2:09-CV-016-P-S

TUNICA COUNTY ARENA AND
EXPOSITION CENTER, INC.
AND W.A. PECK BOUCHILLON                                                                         DEFENDANTS

## ORDER STAYING CASE

Local Rule 16.1 (B)(4) provides that "filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue, pending the Court's ruling on the motion issue." The Court finds that Individual Defendant herein, Peck Bouchillon, has raised immunity by separate motion, as required by Local Rule 16(B)(4)(a).

**IT IS, THEREFORE, ORDERED** that all proceedings in this case are hereby **STAYED.** However, the parties shall direct any request for immunity-related discovery to the District Judge. Further, the Defendant shall notify the undersigned within ten (10) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 19th day of October, 2009.

/s/David A. Sanders
U.S. Magistrate Judge